**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00209-CV**
_____

**IN THE INTEREST OF J.L. AND R.L.**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-01-00124-CV**

**MEMORANDUM OPINION**

Z.L.,[1] Appellant, filed an unopposed motion to dismiss this accelerated appeal without prejudice. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

---

[1] We refer to the appellant by her initials. *See* Tex. Fam. Code Ann. § 109.002(d); Tex. R. App. P. 9.8(b)(2).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on August 2, 2023
Opinion Delivered August 3, 2023

Before Horton, Johnson and Wright, JJ.